Wallace E. Doolittle – SBN 158116
LAW OFFICE OF WALLACE C. DOOLITTLE
1260 B Street, Suite 220
Hayward, CA 94541
Telephone: (510) 888-0600
Facsimile: (510) 888-0606

Attorneys for Defendants JEFFREY SCHREIBER; SUZANNE E. SCHREIBER

# THE UNITED STATES DISTRICT COURT
## FOR THE NORTHERN DISTRICT OF CALIFORNIA
### SAN FRANCISCO DIVISION

| | |
|---|---|
| JEFFREY SCHREIBER, SUZANNE SCHREIBER and SCHREIBER & ASSOCIATES, PC,<br><br>Plaintiffs,<br>v.<br><br>TOMIO NARITA, MICHAEL SIMMONDS and DOES 1 through 50, inclusive,<br><br>Defendants. | Case No. CV 08 5121 EDL<br><br>**STIPULATION OF DISMISSAL**<br><br>Before the Honorable Susan Illston |

IT IS HEREBY STIPULATED by and between the parties to this action through their designated counsel that the entire action in the above-captioned action be and hereby is dismissed with prejudice pursuant to FRCP 41(a) (1).

Dated: November 20, 2008

_____
Jeffrey Schreiber
Personally, and on behalf of
Schreiber & Associates, PC

_____
Wallace C. Doolittle
Attorney for Plaintiff
Jeffrey Schreiber and Suzanne Schreiber
Personally, and on behalf of
Schreiber & Associates, PC

1
STIPULATION OF DISMISSAL

Dated: November 20, 2008

_____
Suzanne E. Schreiber

Dated: November 20, 2008

_____  _____
Tomio B. Narita                    Ronald E. Mallen
                                   Attorneys for Defendants Tomio B. Narita
                                   And Michael R. Simmonds

**IT IS SO ORDERED**
Judge Susan Illston
UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF CALIFORNIA